John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant Bitcoin Depot*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DDD, Inc. a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>Defendant. | No. 2:23-cv-00035<br><br>**DECLARATION OF SCOTT BUCHANAN** |

Scott Buchanan states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am the Chief Operating Officer for Lux Vending, LLC d/b/a Bitcoin Depot ("Bitcoin Depot"). I am responsible for financial aspects for our business,

DECLARATION OF SCOTT BUCHANAN – 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

including strategic finance, mergers and acquisitions, capital acquisition, financial planning and analysis, accounting, and long-term modeling. I also oversee our legal and HR developments.

3. I am familiar with our account and agreements with Plaintiff, who agreed to exclusively operate our Bitcoin ATMs at two locations: 4615 N Division St in Spokane, Washington ("Division Street Location) and 3812 Highland Road in Mead, Washington ("Highland Road Location"). Each agreement had a seven-year term. Plaintiff disconnected the ATMs in October 2022 in connection with a sale of its business. I am familiar with our revenue data for these two locations and the losses incurred by Bitcoin Depot by virtue of Plaintiff's early termination of the agreements, which are significant.

4. Attached as Exhibit A is a true and correct copy of the Kiosk Location agreement for the Division Street Location, executed by Plaintiff on May 18, 2021, which incorporates the Location Master Agreement, a true and correct copy of which is attached as Exhibit B. Attached as Exhibit C is a true and correct copy of the Kiosk Location agreement for the Highland Road Location executed by Plaintiff on October 29, 2021, which incorporates the Location Master Agreement (Exhibit B).

5. The Location Master Agreement contains a liquidated damages provision that states Plaintiff must pay a Disconnection Fee of $100.00 per day in

DECLARATION OF SCOTT BUCHANAN – 2

the event Bitcoin Depot's property is disconnected or interfered with by Plaintiff until operation is restored. Ex. B.

6.  . The Location Master Agreement also states that Bitcoin Depot may declare all accrued Disconnection Fees immediately payable and due. Ex. B. § 15. There are over 2,000 days remaining under the terms of the agreements for the Highland Road Location and the Division Street Location. Therefore, as a matter of arithmetic, the sum of 2,000 days at $100.00 days is at least $200,000 for each location, exclusive of fees and costs.

7.  Bitcoin Depot's lost profits attributable to Plaintiff's early termination of the parties' agreements are likewise significant. The Division Street Location generated monthly average sales of $14,335, resulting in an average monthly net income to Bitcoin Depot of $2,006. The expiration date of the Division Street Location's agreement is on or about August 2, 2028. Calculated over the term remaining under the agreement, the resulting lost profits incurred by Bitcoin Depot is at minimum approximately $134,864 exclusive of interest and attorney's fees.

8.  The Highland Road Location generated monthly average sales of $13,377, resulting in an average monthly net income to Bitcoin Depot of $1,847. The expiration date of the Highland Road Location's agreement is on or about December 20, 2028. Calculated based on the term remaining under the Highland

DECLARATION OF SCOTT BUCHANAN – 3

Road Location's agreement, the resulting lost profits incurred by Defendant is at minimum approximately $133,567 exclusive of interest and attorney's fees.

9. Attached as Exhibit D is a true and correct copy of Bitcoin Depot's Demand for Arbitration filed with the American Arbitration Association.

10. Attached as Exhibit E is a true and correct copy of Bitcoin Depot's Petition to Compel Arbitration filed in the U.S. District Court for the Northern District of Georgia.

11. Attached as Exhibit F is a true and correct copy of correspondence by our counsel in Georgia, dated February 1, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 3, 2023 at Atlanta, Georgia.

*Scott Buchanan*
Scott Buchanan, COO Bitcoin Depot

DECLARATION OF SCOTT BUCHANAN – 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys of record for Defendant Bitcoin Depot.

2. I hereby certify that on February 3, 2023, I caused a true and correct copy of the foregoing document to be filed with the court with ECF notifications to the following:

| | |
|---|---|
| Michael R. Merritt, WSBA No. 60094<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>422 W. Riverside Avenue, Suite 1100<br>Spokane, WA  99201<br>mmerritt@hawleytroxell.com<br>*Attorneys for Plaintiff* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 3, 2023

*s/ Donna Patterson*
Donna Patterson

DECLARATION OF SCOTT BUCHANAN – 5

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900