# EXHIBIT C

## Kiosk Placement Form

| Location Legal Entity: DDD, Inc. | Effective Date: 10/29/2021 |
|---|---|
| Location DBA Name: MEAD CHEVRON | PACIFIC DISTRIBUTING |
| Phone: 509-465-0670 | Distributor Name, Entity, and DBA |
| Email: bdive19msn.com | Phone: 971-335-1941 86 |
| Address to be used for payment: 3812 E. HIGHLAND Rd MEAD, WA 99021 | Email: PACIFICdistributing@gmail.com |
| | Sales Contact: Mark Smith 770 670 9095 mark@bitcoindepot.com |
| Tenant or Landlord: LANDLORD | |
| If Tenant, lease end date: | |
| Term: 7 yrs | |

| Premises [Put full address of store] | Additional Entity (if applicable) | Per Trans. Fee | Flat Fee: |
|---|---|---|---|
| 3812 E. HIGHLAND Rd MEAD, WA 99021 | | .150 | 150.00 |
| | | | |
| | | | |

By signing below, Location and Bitcoin Depot expressly agree to be bound by all of the terms and conditions of the Location Master Agreement located at get.bitcoindepot.com/LMA or such other URL or address as provided by Bitcoin Depot from time to time ("LMA"), which is hereby incorporated by reference. Capitalized terms shall have the meaning set forth in the LMA. Location acknowledges and agrees that it has read and understands the terms set forth in the LMA and that all information in this Kiosk Placement Form is accurate and complete.

Owner:
Signed: *Landon Thomas* (DocuSigned by: 2702EDD6713B4A9...)
Lux Vending, LLC d/b/a Bitcoin Depot
2870 Peachtree Rd #327
Atlanta, Georgia, 30305
Name: Landon Thomas

Location:
Signed: _____
Name: Robert A. Dwelbiss
Title: President
Address: 3812 E. HIGHLAND Rd MEAD, WA 99021