# EXHIBIT D



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service. | |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |
| Name of Respondent: DDD, Inc. | |
| Address: 40303 Northshore Drive | |
| City: Loon Lake | State: Washington    Zip Code: 99148-9755 |
| Phone No.: | Fax No.: |
| Email Address: | |
| Name of Representative (if known): Michael R. Merritt | |
| Name of Firm (if applicable): hawley Troxell Ennis & Hawley, LLC | |
| Representative's Address: 422 W Riverside Ave, Suite 1100 | |
| City: Spokane | State: Washington    Zip Code: 99201 |
| Phone No.: 509.624.5265 | Fax No.: |
| Email Address: MMerritt@hawleytroxell.com | |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

Claimant is in the business of providng cryptocurrency kiosks, and Claimant entered into two agreements with Respondent to place Kiosks at two premises that Respondent either owned or operated. Claimant performed all contractual obligations but Respondent breached these contracts when it unplugged Claimant's kiosks and rendered them inoperable.

Dollar Amount of Claim: $ 437,200

Other Relief Sought: ☑ Attorneys Fees  ☐ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary
☐ Other:

Amount enclosed: $ 2,200

In accordance with Fee Schedule: ☑ Flexible Fee Schedule  ☐ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Commercial litigation experience

Hearing locale: Atlanta, GA

*(check one)* ☐ Requested by Claimant  ☑ Locale provision included in the contract

*Please visit our website at www.adr.org/support to file this case online.
AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| | | |
|---|---|---|
| Estimated time needed for hearings overall: | hours or 1 | days |

Type of Business:

Claimant: Cryptocurrency Kiosks/ATMs        Respondent: Convenience Store

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
No

| Signature (may be signed by a representative): | Date: |
|---|---|
| David F. Ellison | 2/7/23 |

Name of Claimant: Lux Vending, LLC

Address (to be used in connection with this case): 3343 Peachtree Rd NE, Suite 750

| City: Atlanta | State: Georgia | Zip Code: 30326 |
|---|---|---|
| Phone No.: | Fax No.: | |

Email Address:

Name of Representative: David F Ellison

Name of Firm (if applicable): Fortson Bentley & Griffin PA

Representative's Address: 2500 Daniell's Bridge Road, Bldg 200, Suite 3A

| City: Athens | State: Georgia | Zip Code: 30606 |
|---|---|---|
| Phone No.: 706.548.1151 | Fax No.: 706.559.0181 | |

Email Address: dfe@fbglaw.com

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*