# EXHIBIT F

## FORTSON, BENTLEY AND GRIFFIN, P.A.

| | | |
|---|---|---|
| ELBERT N. WHITMIRE, III, C.P.A.<br>G. MARCUS HODGE (GA & SC)<br>DAVID K. LINDER<br>ROY E. MANOLL, III<br>WALTER W. HAYS, JR.<br>MICHAEL J. MCCLEARY<br>V. KEVIN LANG<br>TREVOR T. JONES (GA & AL)<br>BRICKER S. DAUGHTRY<br>DAVID F. ELLISON<br>WADE A. SCHUENEMAN<br>GREGORY O. DEBACKER<br>PARKER C. MORGAN<br>ELINORE R. YOUNG | ATTORNEYS AT LAW<br>2500 DANIELL'S BRIDGE ROAD<br>BUILDING 200, SUITE 3A<br>ATHENS, GEORGIA 30606<br><br>(706) 548-1151 | CHRISTOPHER W. COLLINS<br>EMILY K. ESCOE<br>LINDSEY B. WOODARD<br>ABBEY J. DUHÉ<br>JOHNELLE SIMPSON, II<br>HANNA C. SCHERER<br><br>UPSHAW C. BENTLEY, JR.<br>(1924 – 2013)<br>EDWIN B. FORTSON<br>(1913-2007)<br>JOHN E. GRIFFIN<br>(1923-2002)<br>HERBERT T. HUTTO<br>(1933-1998) |

February 1, 2023

**_VIA FEDERAL EXPRESS: 7711 8705 4246_**
**_AND EMAIL: MMerritt@hawleytroxell.com_**

Michael R. Merritt
Hawley Troxell Ennis & Hawley, LLO
422 W. Riverside Ave, Suite 1100
Spokane, Washington 99201

Re:   DDD, Inc. v. Lux Vending, LLC d/b/a Bitcoin Depot

Dear Mr. Merritt:

As you are aware, our firm represents Lux Vending, LLC d/b/a Bitcoin Depot, and I send this correspondence in regard to the Complaint filed by DDD, Inc., in the Superior Court Spokane County, in the State of Washington (Case No. 232000176-32) against Lux Vending, LLC.

On January 23, 2023, Lux Vending, LLC delivered notice of intent to arbitrate this dispute pursuant to the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), and demanded that DDD, Inc. dismiss its state court action in Washington so that this dispute may be submitted to AAA. Since then, however, it appears that DDD, Inc., has continued with the prosecution of its claims against Lux Vending, LLC in the Superior Court of Spokane County, Washington, and that it has filed a Motion for Declaratory Relief with a hearing scheduled on April 14, 2023.

Please accept this correspondence as a final request and demand that DDD, Inc. submit this dispute to arbitration. If DDD, Inc. does not stay or dismiss this action within five (5) days, Lux Vending, LLC will file a Petition to Compel Arbitration in the Northern District of Georgia. Please be aware that DDD, Inc. has consented to the jurisdiction of such venue, and that Lux Vending, LLC's damages caused by DDD, Inc.'s breach exceed $75,000.

**FORTSON, BENTLEY AND GRIFFIN**
A PROFESSIONAL ASSOCIATION

Michael R. Merritt
Hawley Troxell Ennis & Hawley, LLO
February 1, 2023
Page 2

    Thank you for your prompt attention to this matter. In the meantime, my client reserves all rights and remedies provided by law.

                Sincerely,

                FORTSON, BENTLEY AND GRIFFIN, P.A.

                David F. Ellison

cc:
Branden Tawil, Esq. <branden.tawil@bitcoindepot.com>

01330246.1/020464-000012