THE HONORABLE STANLEY A. BASTIAN

John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant Bitcoin Depot*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DDD, Inc. a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUX LENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>Defendant. | No. 2:23-CV-00035<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant discloses that it is wholly owned by BT Assets, Inc., a Delaware corporation, and that no publicly held corporation owns more than 10 percent of its stock.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

```
 1
 2        Dated: February 9, 2023
 3
 4                                    CORR CRONIN LLP
 5
 6                                     s/ John T. Bender
                                      John T. Bender, WSBA No. 49658
 7                                    1015 Second Avenue, Floor 10
                                      Seattle, WA  98104-1001
 8                                    (206) 625-8600 Phone
                                      (206) 625-0900 Fax
 9                                    jbender@corrcronin.com
10
                                      Attorneys for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT  – 2

# **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys of record for Defendant Bitcoin Depot.

2. I hereby certify that on February 9, 2023, I caused a true and correct copy of the foregoing document to be filed with the court with ECF notifications to the following:

| Michael R. Merritt, WSBA No. 60094<br>HAWLEY TROXELL ENNIS &<br>HAWLEY LLP<br>422 W. Riverside Avenue, Suite 1100<br>Spokane, WA 99201<br>mmerritt@hawleytroxell.com<br>*Attorneys for Plaintiff* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 9, 2023

*s/ Wen Cruz*
Wen Cruz

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900