1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

THE HONORABLE STANLEY A. BASTIAN

John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant Bitcoin Depot*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DDD, Inc. a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUX LENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>Defendant. | No. 2:23-CV-00035<br><br>**CONFIRMATION OF NOTICE TO SUPERIOR COURT AND PLAINTIFF OF REMOVAL** |

TO: ALL PARTIES AND ATTORNEYS OF RECORD;

AND TO: CLERK OF THE COURT.

PLEASE TAKE NOTICE that Defendant has filed with the Clerk of the United States District Court for the Eastern District of Washington at Spokane a Notice of Removal of the action brought in the Superior Court of Spokane County,

CONFIRMATION OF NOTICE TO SUPERIOR COURT AND
PLAINTIFF OF REMOVAL – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Washington, captioned *DDD, Inc., v. Lux Lending, LLC d/b/a Bitcoin Depot*, Case
2  No. 23-2-00176-32; and that, pursuant to 28 U.S.C § 1446(d), the Defendant has
3  filed in the Superior Court a copy of the Notice of Removal, that this action has
4  thereby been removed from the Superior Court to the United States District Court,
5  and that a copy of the Notice of Removal has been served upon Plaintiff's counsel
6  of record via email and U.S. First Class Mail. *See* Exhibit A.

Dated: February 9, 2023

CORR CRONIN LLP

 *s/ John T. Bender*
John T. Bender, WSBA No. 49658
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant*

CONFIRMATION OF NOTICE TO SUPERIOR COURT AND
PLAINTIFF OF REMOVAL – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys of record for Defendant Bitcoin Depot.

2. I hereby certify that on February 9, 2023, I caused a true and correct copy of the foregoing document to be filed with the court with ECF notifications to the following:

| | |
|---|---|
| Michael R. Merritt, WSBA No. 60094<br>HAWLEY TROXELL ENNIS &<br>HAWLEY LLP<br>422 W. Riverside Avenue, Suite 1100<br>Spokane, WA  99201<br>mmerritt@hawleytroxell.com<br>*Attorneys for Plaintiff* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ U.S. First Class Mail<br>☐ Overnight Mail |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 9, 2023

*s/ Wen Cruz*
Wen Cruz

CONFIRMATION OF NOTICE TO SUPERIOR COURT AND PLAINTIFF OF REMOVAL – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Bitcoin 01 nb097r16fv