# EXHIBIT A

| | |
|---|---|
| **From:** | Patterson, Donna |
| **To:** | mmerritt@hawleytroxell.com |
| **Cc:** | Bender, John; dfe@fbglaw.com |
| **Subject:** | RE: DDD, Inc. v. Lux Vending, LLC d/b/a Bitcoin Depot |
| **Date:** | Tuesday, February 7, 2023 6:58:27 PM |
| **Attachments:** | 2023-02-07 DKT 1 Notice of Remova1.pdf |
| | 2027-02-07 DKT 2 Decl Buchanan iso Notice for Removal.pdf |

Counsel,

Attached please find the following documents filed today in the UDSC Eastern District of Washington (Spokane):

1. Notice of Removal
2. Declaration of Scott Buchanan

Regards,

**Donna Patterson** | Legal Assistant
**CORR CRONIN | LLP**
1015 Second Avenue | Floor 10 | Seattle, WA 98104-1001
P: 206-625-8600 | D: 206-652-8648 | F: 206-625-0900
dpatterson@corrcronin.com    |    www.corrcronin.com

**NOTICE:**
This electronic message transmission contains information which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify the sender and delete the copy you received.

**From:** Patterson, Donna
**Sent:** Tuesday, February 7, 2023 6:46 PM
**To:** 'mmerritt@hawleytroxell.com' <mmerritt@hawleytroxell.com>
**Cc:** Bender, John <jbender@corrcronin.com>; 'dfe@fbglaw.com' <dfe@fbglaw.com>
**Subject:** DDD, Inc. v. Lux Vending, LLC d/b/a Bitcoin Depot

Counsel,

Attached please find the Notice of Filing of Notice of Removal filed with the Spokane Co. Superior Court today.

A hard copy will follow via first class mail.

Regards,

**Donna Patterson** | Legal Assistant
**CORR CRONIN | LLP**
1015 Second Avenue | Floor 10 | Seattle, WA 98104-1001
P: 206-625-8600 | D: 206-652-8648 | F: 206-625-0900

dpatterson@corrcronin.com   |   www.corrcronin.com

**NOTICE:**

This electronic message transmission contains information which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify the sender and delete the copy you received.