THE HONORABLE STANLEY A. BASTIAN

John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant Bitcoin Depot*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DDD, Inc. a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUX LENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>Defendant. | No. 2:23-CV-00035<br><br>**ATTORNEY VERIFICATION OF STATE COURT RECORD** |

The undersigned hereby certifies that the documents attached hereto as Exhibit A are true and correct copies of the complete records and proceedings known to Defendant Lux Vending, LLC d/b/a Bitcoin Depot that were filed and/or served at the time of removal in the Superior Court of Washington for Spokane County action captioned *DDD, Inc. v. Lux Vending, LLC d/b/a Bitcoin Depot*, No. 23-2-00176-32.

ATTORNEY VERIFICATION OF STATE COURT RECORD - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Dated: February 9, 2023

                          CORR CRONIN LLP

                  *s/ John T. Bender*
John T. Bender, WSBA No. 49658
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant*

ATTORNEY VERIFICATION OF STATE COURT RECORD - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys of record for Defendant Bitcoin Depot.

2. I hereby certify that on February 9, 2023, I caused a true and correct copy of the foregoing document to be filed with the court with ECF notifications to the following:

| | |
|---|---|
| Michael R. Merritt, WSBA No. 60094<br>HAWLEY TROXELL ENNIS &<br>HAWLEY LLP<br>422 W. Riverside Avenue, Suite 1100<br>Spokane, WA 99201<br>mmerritt@hawleytroxell.com<br>*Attorneys for Plaintiff* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 9, 2023

*s/ Wen Cruz*
Wen Cruz

ATTORNEY VERIFICATION OF STATE COURT RECORD - 3