MICHAEL R. MERRITT, WSBA No. 60094
Hawley Troxell Ennis & Hawley LLP
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
E-mail: MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

CHIEF JUDGE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00035-SAB<br><br>NOTICE OF APPEARANCE FOR PLAINTIFF DDD, INC. |

TO:     The Clerk of the Court

AND TO: John T. Bender, Attorney for Defendant

　　　YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Michael R. Merritt of Hawley Troxell Ennis & Hawley LLP, hereby appears in the above-

NOTICE OF APPEARANCE - 1

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

entitled cause as attorney for Plaintiff, DDD, INC.  All further papers and pleadings herein, except original process, should be served upon the undersigned attorney at the address below stated.

DATED this 9th day of February, 2023.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: *s/ Michael R. Merritt*
Michael R. Merritt, WSBA No. 60094
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John T. Bender
Corr Cronin LLP
jbender@corrcronin.com

And I hereby certify that I have delivered the foregoing document to the following non-CM/ECF participants by the method indicated: None.

*s/ Michael R. Merritt*
Michael R. Merritt, WSBA No. 60094