1  MICHAEL R. MERRITT, WSBA No. 60094      CHIEF JUDGE STANLEY A.
2  Hawley Troxell Ennis & Hawley LLP             BASTIAN
   422 West Riverside Avenue, Suite 1100
3  Spokane, WA 99201-0300
   Telephone: (509) 624-5265
4  Facsimile: (509) 458-2728
5  E-mail: MMerritt@hawleytroxell.com

6  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington corporation, | Case No. 2:23-cv-00035-SAB |
| Plaintiff, | PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| v. | |
| LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation, | |
| Defendant. | |

Pursuant to FRCP 7.1, the above-named Plaintiff, DDD, INC. states that it is a for-profit corporation registered to do business in the state of Washington.

CORPORATE DISCLOSURE STATEMENT - 1    Hawley Troxell Ennis & Hawley LLP
                                      422 W. Riverside Ave., Suite 1100
                                      Spokane, Washington 99201
                                      509.624.5265

Plaintiff DDD, INC. is not owned in whole or in part by any other entity. No publicly held corporation holds any ownership interest in Plaintiff.

DATED this 9th day of February, 2023.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: *s/ Michael R. Merritt*
Michael R. Merritt, WSBA No. 60094
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John T. Bender
Corr Cronin LLP
jbender@corrcronin.com

And I hereby certify that I have delivered the foregoing document to the following non-CM/ECF participants by the method indicated: None.

*s/ Michael R. Merritt*
Michael R. Merritt, WSBA No. 60094

CORPORATE DISCLOSURE STATEMENT - 3

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265