THE HONORABLE STANLEY A. BASTAIN

John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant Bitcoin Depot*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DDD, Inc. a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUX LENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>Defendant. | No. 2:23-cv-00035-SAB<br><br>**DEFENDANT'S DIVERSITY DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a)(2), and ECF Docket Entry No. 8, Defendant Lux Lending, LLC d/b/a Bitcoin Depot, by and through its undersigned counsel, avers as follows for its Diversity Disclosure Statement:

DEFENDANT'S DIVERSITY DISCLOSURE STATEMENT – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Plaintiff DDD, Inc., upon information and belief, is a corporation organized and existing under the laws of the state of Washington with its principal place of business at 40303 N. Shore Dr., Loon Lake, Washington, 99148-9755.

Defendant Lux Vending, LLC d/b/a Bitcoin Depot ("Bitcoin Depot") is a limited liability company organized and existing under the laws of the state of Georgia, with a principal place of business and corporate headquarters at 3343 Peachtree Rd. NE (Suite 750), Atlanta, Georgia 30326. Bitcoin Depot is wholly owned by BT Assets, Inc., a Delaware corporation, with a principal place of business and corporate headquarters at 3343 Peachtree Rd. NE (Suite 750), Atlanta, Georgia 30326.

Dated: February 10, 2023

CORR CRONIN LLP

*s/ John T. Bender*
John T. Bender, WSBA No. 49658
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Defendant*

DEFENDANT'S DIVERSITY DISCLOSURE STATEMENT – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys of record for Defendant Bitcoin Depot.

2. I hereby certify that on February 10, 2023, I caused a true and correct copy of the foregoing document to be filed with the court with ECF notifications to the following:

| | |
|---|---|
| Michael R. Merritt, WSBA No. 60094<br>HAWLEY TROXELL ENNIS &<br>HAWLEY LLP<br>422 W. Riverside Avenue, Suite 1100<br>Spokane, WA 99201<br>mmerritt@hawleytroxell.com<br>*Attorneys for Plaintiff* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 10, 2023

*s/ Donna Patterson*
Donna Patterson

DEFENDANT'S DIVERSITY DISCLOSURE STATEMENT – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900