MICHAEL R. MERRITT, WSBA No. 60094
Hawley Troxell Ennis & Hawley LLP
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
E-mail: MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

CHIEF JUDGE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00035-SAB<br><br>PLAINTIFF'S RULE 7.1 DIVERSITY DISCLOSURE STATEMENT |

　　　　Pursuant to FRCP 7.1(a)(2) and ECF No. 8, Plaintiff, DDD, INC. avers as follows for its Diversity Disclosure Statement:

　　　　Plaintiff DDD, Inc. is a corporation organized and existing under the laws of the state of Washington with its principal place of business at 40303 N. Shore Dr., Loon Lake, Washington 99148-9755.

Defendant Lux Vending, LLC d/b/a Bitcoin Depot ("Bitcoin Depot") is a limited liability company organized and existing under the laws of the state of Georgia with a principal place of business and corporate headquarters at 3343 Peachtree Rd. NE, Suite 750, Atlanta, Georgia 30326.  Bitcoin Depot is wholly owned by BT Assets, Inc., a Delaware corporation, with a principal place of business and corporate headquarters at 3343 Peachtree Rd. NE, Suite 750, Atlanta, Georgia 30326.

DATED this 10th day of February, 2023.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

By: *s/ Michael R. Merritt*
    Michael R. Merritt, WSBA No. 60094
    422 W. Riverside Avenue, Suite 1100
    Spokane, WA  99201-0300
    Phone: (509) 624-5265
    Fax: (509) 458-2728
    MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

DIVERSITY DISCLOSURE STATEMENT - 2

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John T. Bender
Corr Cronin LLP
jbender@corrcronin.com

And I hereby certify that I have delivered the foregoing document to the following non-CM/ECF participants by the method indicated: None.

*s/ Michael R. Merritt*
Michael R. Merritt, WSBA No. 60094