| | |
|---|---|
| MICHAEL R. MERRITT, WSBA No. 60094<br>Hawley Troxell Ennis & Hawley LLP<br>422 West Riverside Avenue, Suite 1100<br>Spokane, WA 99201-0300<br>Telephone: (509) 624-5265<br>Facsimile: (509) 458-2728<br>E-mail: MMerritt@hawleytroxell.com | CHIEF JUDGE STANLEY A. BASTIAN |

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>                Defendant. | Case No. 2:23-cv-00035-SAB<br><br>**NOTICE OF SETTLEMENT**<br><br>**CLERK'S ACTION REQUIRED** |

Pursuant to LCivR 83.3(k)(1)(A), the Parties hereby provide notice to the Court that they have reached a settlement. The Parties will file a Stipulated Motion of Dismissal, pursuant to Federal Rule of Civil Procedure 41, pursuant to the terms of the Settlement Agreement.

| | |
|---|---|
| NOTICE OF SETTLEMENT - 1 | Hawley Troxell Ennis & Hawley LLP<br>422 W. Riverside Ave., Suite 1100<br>Spokane, Washington 99201<br>509.624.5265 |

60709.0001.15510496.1

DATED this 16th day of March, 2023.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

        By: */s/ Michael R. Merritt*
            Michael R. Merritt, WSBA No. 60094
            422 W. Riverside Avenue, Suite 1100
            Spokane, WA  99201-0300
            Phone: (509) 624-5265
            Fax: (509) 458-2728
            MMerritt@hawleytroxell.com

        *Attorney for Plaintiff*

CORR CRONIN LLP

        By: */s/ John T. Bender*
            John T. Bender, WSBA No. 49658
            1015 Second Avenue, Floor 10
            Seattle, WA 98104-1001
            Phone: (206) 625-8600
            Fax: (206) 625-0900
            jbender@corrcronin.com

        *Attorney for Defendant*

NOTICE OF SETTLEMENT - 2

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510496.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John T. Bender
Corr Cronin LLP
jbender@corrcronin.com

And I hereby certify that I have delivered the foregoing document to the following non-CM/ECF participants by the method indicated: None.

/s/ Michael R. Merritt
Michael R. Merritt, WSBA No. 60094

NOTICE OF SETTLEMENT - 3

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510496.1