MICHAEL R. MERRITT, WSBA No. 60094
Hawley Troxell Ennis & Hawley LLP
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
E-mail: MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

CHIEF JUDGE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00035-SAB<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**April 17, 2023 at 6:30 p.m.**<br>**Without Oral Argument** |

　　　　Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1 and the stipulation of all Parties, the Parties jointly move the Court for an Order dismissing with prejudice all claims. The Parties have filed a joint Notice of

STIPULAED MOTION FOR DISMISSAL WITH PREJUDICE - 1

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510663.1

Settlement, ECF No. 12. The Parties further stipulate they shall each be responsible for their own attorneys' fees and costs.

Pursuant to the filed Notice and this Stipulation, the Parties jointly move the Court for an Order dismissing with prejudice all claims and retaining jurisdiction to enforce the settlement agreement executed by and among the Parties.

DATED this 16th day of March, 2023.

>HAWLEY TROXELL ENNIS & HAWLEY LLP
>
>By: */s/ Michael R. Merritt*
>Michael R. Merritt, WSBA No. 60094
>422 W. Riverside Avenue, Suite 1100
>Spokane, WA  99201-0300
>Phone: (509) 624-5265
>Fax: (509) 458-2728
>MMerritt@hawleytroxell.com
>
>*Attorney for Plaintiff*
>
>CORR CRONIN LLP
>
>By: */s/ John T. Bender*
>John T. Bender, WSBA No. 49658
>1015 Second Avenue, Floor 10
>Seattle, WA 98104-1001
>Phone: (206) 625-8600
>Fax: (206) 625-0900
>jbender@corrcronin.com
>
>*Attorney for Defendant*

STIPULAED MOTION FOR DISMISSAL WITH PREJUDICE  - 2

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510663.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John T. Bender
Corr Cronin LLP
jbender@corrcronin.com

And I hereby certify that I have delivered the foregoing document to the following non-CM/ECF participants by the method indicated: None.

                                            */s/ Michael R. Merritt*
                                            Michael R. Merritt, WSBA No. 60094

STIPULAED MOTION FOR DISMISSAL WITH PREJUDICE - 3

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510663.1