MICHAEL R. MERRITT, WSBA No. 60094
Hawley Troxell Ennis & Hawley LLP
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
E-mail: MMerritt@hawleytroxell.com

*Attorney for Plaintiff*

CHIEF JUDGE STANLEY A.
BASTIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT, a foreign limited liability corporation,<br><br>                    Defendant. | Case No. 2:23-cv-00035-SAB<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

On March 16, 2023, 2023, the Parties filed a Notice of Settlement and Stipulated Motion for Dismissal With Prejudice. Consistent with the Parties' agreement and Federal Rule of Civil Procedure and Local Rule 41.1, and the stipulation of all Parties, the Parties move for an Order dismissing all claims.

[PROPOSED] ORDER OF DMISSAL WITH
PREJUDICE - 1

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510745.1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.      The Parties' Stipulated Motion for Dismissal is **GRANTED**.

2.      All claims are **DISMISSED WITH PREJUDICE**, with all Parties to bear

their own costs and attorneys' fees.

3.      Any pending motions are **DENIED AS MOOT**.

4.      All hearings and other deadlines are **STRICKEN**.

5.      The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's office is directed to enter this Order and

provide copies to all counsel.

DATED this _____ day of _____, 2023.


_____
CHIEF JUDGE STANLEY A. BASTIAN

[PROPOSED] ORDER OF DMISSAL WITH
PREJUDICE - 2

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510745.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John T. Bender
Corr Cronin LLP
jbender@corrcronin.com

And I hereby certify that I have delivered the foregoing document to the following non-CM/ECF participants by the method indicated: None.

/s/ Michael R. Merritt
Michael R. Merritt, WSBA No. 60094

[PROPOSED] ORDER OF DMISSAL WITH
PREJUDICE - 3

Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201
509.624.5265

60709.0001.15510745.1