FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DDD, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LUX VENDING, LLC, a foreign limited liability company d/b/a BITCOIN DEPOT,<br><br>    Defendant. | No.  2:23-CV-00035-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 13. The parties stipulate and move the Court to dismiss this matter with prejudice, with each party to bear their own attorney's fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss the case.

//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 13, is **GRANTED**.

2. The above-captioned case and all claims and causes of action therein are **DISMISSED with prejudice**. Each party shall bear their own attorney's fees and costs.

3. The scheduling conference on April 7, 2023 and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** the file.

**DATED** this 16th day of March 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2